

ORDERED in the Southern District of Florida on November 22, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Roi Neeman,

    Debtor.                              /

CASE NO.: 24-14482(PDR)

CHAPTER 7

Jessica Piafsky,

    Plaintiff,

v.

Roi Neeman,

    Defendant.                              /

ADV. NO.: 24-01396-PDR

### ORDER CONTINUING SCHEDULING CONFERENCE

**THIS MATTER** came before the Court o*re tenus* at the Scheduling Conference held on November 13, 2024 as the *pro se* Defendant's Unopposed Motion to Continue Hearing (the "Motion"). Having considered the Motion, finding good cause, and noting the Plaintiff does not oppose the motion;

**IT IS ORDERED** that:

1. The Motion is **GRANTED**.

2. The Scheduling Conference (ECF No. 3) in this matter is **CONTINUED** to Wednesday, January 15, 2025 **at 10:00 a.m.**, (the "Continued Scheduling Conference Date") at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3. Although the Court will conduct the hearing in person, the Court has specific guidelines on the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) regarding who may attend remotely.

4. All related deadlines set forth in the Scheduling Order (ECF No. 3) are continued in accordance with the Continued Scheduling Conference Date.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to: David W. Berenthal, Esq.

*David W. Berenthal, Esq. is directed to serve a copy of this order on all interested parties who do not participate in the CM/ECF system and to file a certificate of service with the Court.*