To Whom it May Concern,                                                                                          11/27/2024

My name is Roi Neeman, Case Number is 24-14482-PDR, Adversary number is 24-01396-PDR.

I am writing this letter to request an extension of time to respond to the complaint. I am working on finding a lawyer to represent me in this Adversary case.

Thank you,

Roi Neeman