

**ORDERED in the Southern District of Florida on December 20, 2024.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**Roi Neeman,**

    **Debtor.**    /

**Jessica Piafsky,**

    **Plaintiff,**

v.

**Roi Neeman,**

    **Defendant.**    /

**CASE NO.: 24-14482(PDR)**

**CHAPTER 7**

**ADV. NO.: 24-01396-PDR**

### ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

**THIS MATTER** came before the Court on *pro se* Defendant's Motion to Responds to the Complaint (the "Motion"). Having read the Motion and Plaintiff's opposition thereto, and having heard the argument of *pro* se Defendant and counsel for

the Plaintiff and after due deliberation having been held thereon and finding good cause;

**IT IS ORDERED** that:

The Motion is **GRANTED IN PART**. The Defendant shall have to and including January 15, 2025 to respond to the Complaint.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to: David W. Berenthal, Esq.

*David W. Berenthal, Esq. is directed to serve a copy of this order on all interested parties who do not participate in the CM/ECF system and to file a certificate of service with the Court.*