

ORDERED in the Southern District of Florida on December 20, 2024.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Roi Neeman,

    Debtor.             /

CASE NO.: 24-14482(PDR)

CHAPTER 7

Jessica Piafsky,

    Plaintiff,

v.

Roi Neeman,

    Defendant.        /

ADV. NO.: 24-01396-PDR

## ORDER CONTINUING SCHEDULING CONFERENCE

**THIS MATTER** having been brought by the Court *sua sponte* at the hearing on *Pro Se* Defendant's Motion to Extend the Time to Respond to the Complaint (the "Motion"). The Court, having heard Defendant's oral argument, and having extended Defendants time to respond to the Complaint, finds good cause in adjourning, for a

second time, the Scheduling Conference currently scheduled for January 15, 2025, and therefore:

    **IT IS ORDERED** that:

1. The Motion is **GRANTED**.

2. The Scheduling Conference (ECF No. 3) currently scheduled for January 15, 2025 is **CONTINUED** to Wednesday, February 12, 2025 **at 10:00a.m.**, (the "Continued Scheduling Conference Date") at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3. Although the Court will conduct the hearing in person, the Court has specific guidelines on the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) regarding who may attend remotely.

4. All related deadlines set forth in the Scheduling Order (ECF No. 3) are continued in accordance with the Continued Scheduling Conference Date.

                              ###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to: David W. Berenthal, Esq.

*David W. Berenthal, Esq. is directed to serve a copy of this order on all interested parties*

*who do not participate in the CM/ECF system and to file a certificate of service with the Court.*