United States Bankruptcy Court

Southern District of Florida

Piafsky,
    Plaintiff

Neeman,
    Defendant

Adv. Proc. No. 24-01396-PDR

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 2
Date Rcvd: Dec 23, 2024      Form ID: pdf004      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 23 2024 23:19:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 23 2024 23:13:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 23 2024 23:14:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2024 23:14:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 23 2024 23:13:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 23 2024 23:13:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 23 2024 23:08:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 23 2024 23:08:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 23 2024 23:19:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 23 2024 23:08:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 23 2024 23:08:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 23 2024 23:08:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2024 | Form ID: pdf004 | Total Noticed: 13 |

ust              + Email/Text: ustpregion21.tp.ecf@usdoj.gov
                                            Dec 23 2024 23:19:00   United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024                     Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W Berenthal | on behalf of Plaintiff Jessica Piafsky ECF@berenthalaw.com dberenthal@recap.email |

TOTAL: 1



**ORDERED in the Southern District of Florida on December 20, 2024.**



                    **Peter D. Russin, Judge**
                    **United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | |
| | CASE NO.: 24-14482(PDR) |
| Roi Neeman, | |
| | CHAPTER 7 |
|     Debtor.                      / | |
| Jessica Piafsky, | ADV. NO.: 24-01396-PDR |
|     Plaintiff, | |
| v. | |
| Roi Neeman, | |
|     Defendant.              / | |

## ORDER CONTINUING SCHEDULING CONFERENCE

**THIS MATTER** having been brought by the Court *sua sponte* at the hearing on *Pro Se* Defendant's Motion to Extend the Time to Respond to the Complaint (the "Motion"). The Court, having heard Defendant's oral argument, and having extended Defendants time to respond to the Complaint, finds good cause in adjourning, for a

second time, the Scheduling Conference currently scheduled for January 15, 2025, and therefore:

**IT IS ORDERED** that:

1. The Motion is **GRANTED**.

2. The Scheduling Conference (ECF No. 3) currently scheduled for January 15, 2025 is **CONTINUED** to Wednesday, February 12, 2025 **at 10:00a.m.**, (the "Continued Scheduling Conference Date") at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3. Although the Court will conduct the hearing in person, the Court has specific guidelines on the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) regarding who may attend remotely.

4. All related deadlines set forth in the Scheduling Order (ECF No. 3) are continued in accordance with the Continued Scheduling Conference Date.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to: David W. Berenthal, Esq.

*David W. Berenthal, Esq. is directed to serve a copy of this order on all interested parties*

*who do not participate in the CM/ECF system and to file a certificate of service with the Court.*