UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re:<br><br>Roi Neeman,<br><br>                                        Debtor | CASE NO.: 4-14482-PDR<br><br>CHAPTER 7 |
| Jessica Piafsky<br>                                        Plaintiff(s)<br>          v.<br>Roi Neeman<br>                                        Defendant(s) | Adversary Number: 24-01396-PDR |

**EX PARTE MOTION TO ALLOW REMOTE APPEARANCE AT THE SCHEDULING CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO STRIKE ANSWER, CURRENTLY SCHEDULED FOR FEBRUARY 12, 2025**

David W. Berenthal, as counsel for Jessica Piafsky, plaintiff, files this Motion to Allow Remote Appearance at the Scheduling Conference and the hearing on Plaintiff's Motion to Strike Defendant's Answer, both scheduled for February 12, 2025 at 10:00am, and states as follows:

1.      Plaintiff's counsel submits this Ex Parte Motion pursuant to the Court's requirements and procedures for remote attendance at hearings.

2.      On December 23, 2024, the Court issued its Order Continuing the scheduling conference (the "Scheduling Conference") to February 12, 2025 at 10:00am. [D.E. 22]. By notice dated February 6, 2025, the Court scheduled Plaintiff's Motion to Strike Defendant's Answer for hearing (the "Hearing") on the same date and time, *to wit*, February 12, 2025 at 10:00am. [D.E. 27].

3.      Both the Scheduling Conference and the Hearing are scheduled to be held in person at 299 E Broward Blvd Courtroom 301, Ft. Lauderdale, FL 33301.

4.      Undersigned counsel is located in Passaic County, New Jersey, and operates primarily

from New York County, New York. Thus a personal appearance is both economically and temporally burdensome that will incur significant costs and time for travel to Fort Lauderdale.

5. Given that the aforementioned Status Conference and Hearing are non-evidentiary appearances, the undersigned respectfully requests that the Court allow him to appear remotely at the Scheduling Conference and Hearing on February 12, 2025.

6. A proposed order is being uploaded to the CM/ECF system contemporaneously with the filing of this motion.

WHEREFORE, based on the foregoing, David W. Berenthal requests an order granting the Motion to Allow Remote Appearance for the Scheduling Conference and the Hearing both scheduled for February 12, 2025.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

Dated: February 6, 2025

                                              Respectfully submitted,

                                              **BERENTHAL & ASSOCIATES**

                                              By:    /David W. Berenthal/
                                                        David W. Berenthal, Esq.
                                                        Attorneys for Plaintiff
                                                        Florida Bar No. 159220
                                                        E-mail: dwb@berenthalaw.com
                                                        45 East 72nd Street, Suite 5C
                                                        New York, NY 10021
                                                        Telephone: (212) 302-9494