UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re:<br><br>Roi Neeman,<br><br>Debtor. | CASE NO.: 24-14482(PDR)<br><br>CHAPTER 7 |
| Jessica Piafsky,<br>Plaintiff,<br>v.<br>Roi Neeman,<br>Defendant | ADV. NO.: 24-01396-PDR |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the attached notice of hearing has been furnished on this 6th day of February, 2025 to Defendant Roi Neeman via U.S. Mail at 4814 SW 34th Terrace Fort Lauderdale, FL 33312 and via e-mail to roineeman29@gmail.com.

By:   /David W. Berenthal/
David W. Berenthal, Esq
**BERENTHAL & ASSOCIATES**
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Form CGFCRD3C (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–14482–PDR                                    Adversary Number: 24–01396–PDR

In re:
**Name of Debtor(s):** Roi Neeman
————————————————————————————/

**Jessica Piafsky**
Plaintiff(s)

**VS.**

**Roi Neeman**
Defendant(s)
————————————————————————————/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**First Motion to Strike Defendant's 25 Answer to Complaint Filed by Plaintiff Jessica Piafsky (Attachments: # 1 Exhibit Exhibit A – Answer) (Berenthal, David) (26)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:**       February 12, 2025
    **Time:**       10:00 AM
    **Location:**  U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301

2. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 2/6/25**                         **CLERK OF COURT**
By: Melva Weldon
Courtroom Deputy