UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor. | |
| Jessica Piafsky, | ADV. NO.: 24-01396-PDR |
| Plaintiff, | |
| v. | |
| Roi Neeman, | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the attached Order Setting Filing and Disclosure Requirements for Pretrial and Trial was furnished on the 5th day of March, 2025 to Defendant Roi Neeman via U.S. Mail at 4814 SW 34th Terrace Fort Lauderdale, FL 33312.

By: /David W. Berenthal/
David W. Berenthal, Esq
**BERENTHAL & ASSOCIATES**
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com