UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re:<br><br>Roi Neeman,<br><br>                          Debtor<br>Jessica Piafsky<br>                        Plaintiff(s)<br>     v.<br>Roi Neeman<br>                       Defendant(s) | CASE NO.: 24-14482-PDR<br><br>CHAPTER 7<br><br><br><br><br>Adversary Number: 24-01396-PDR |

**AGREED MOTION TO CONTINUE**
**STATUS CONFERENCE SCHEDULED FOR NOVEMBER 12, 2025**

    Jessica Piafsky ("Plaintiff" or "Piafsky"), by and through her undersigned counsel, and pursuant to Fed. R. Bankr. P. Rule 9006, files this Motion to Continue the Status Conference scheduled for November 12, 2025 and states as follows:

    1.    Debtor commenced the instant action for voluntary Chapter 7 bankruptcy on May 7, 2024.

    2.    Plaintiff commenced the instant adversary proceeding action on September 30, 2024.

    3.    Prior to the instant bankruptcy, Creditor had filed an action against the Debtor, and three other parties in the District Court for the Southern District of Florida, Case No. 0:24-cv-60382, (the "District Court Action").

    4.    At a hearing held on March 27, 2025 on Creditor's motion to lift the automatic stay (to allow Creditor to proceed with the District Court Action), the Court ordered that the automatic stay be lifted against the Creditor, and that the Creditor's adversary proceeding against the Debtor (24-01396-PDR) be stayed pending a final determination in the District Court Action [D.E. 48] .

5.	The Court also ordered that a Status Conference was to be held on November 12, 2025 to update the Court as to the status of the District Court Action.

6.	At this time, Creditor has submitted her motion for summary judgment in the District Court Action, and the motion has been fully briefed. Oral arguments have not be scheduled, however Plaintiff is confident that the action will be resolved on summary judgment.

7.	In the event that the matter is not concluded on Summary Judgment, the State Action is set for trial during the Court's two-week trial calendar beginning March 9, 2026 and Counsel for are scheduled to appear at a calendar call at 2:00 p.m. on March 3, 2026.

8.	As the District Court Action is still pending Plaintiff respectfully requests that the Status Conference Scheduled for November 12, 2025 be adjourned to a date in February 2026. Plaintiff will advise the Court if the action is resolved (or resolved against the Debtor) in the District Court before such Status Conference.

9.	**Plaintiff has conferred with the Debtor Roi Neeman, and he has agreed to the request.**

WHEREFORE, based on the foregoing, David W. Berenthal requests an order continuing the Status Conference currently scheduled for November 12, 2025 at 10:00 to a date in February 2026.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

Dated: November 5, 2025                              Respectfully submitted,

                                                    **BERENTHAL & ASSOCIATES**

                                                    By:     /David W. Berenthal/
                                                              David W. Berenthal, Esq.
                                                              Attorneys for Plaintiff
                                                              Florida Bar No. 159220
                                                              E-mail: dwb@berenthalaw.com
                                                              45 East 72nd Street, Suite 5C
                                                              New York, NY 10021
                                                              Telephone: (212) 302-9494