

ORDERED in the Southern District of Florida on November 5, 2025.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: | CASE NO.: 24-14482(PDR) |
| Roi Neeman, | CHAPTER 7 |
| Debtor | |
| Jessica Piafsky | |
| Plaintiff(s) | Adversary Number: 24-01396-PDR |
| v. | |
| Roi Neeman | |
| Defendant(s) | |

**ORDER GRANTING AGREED MOTION TO CONTINUE**
**STATUS CONFERENCE SCHEDULED FOR NOVEMBER 12, 2025**

THIS MATTER came before the Court on Plaintiff's **Agreed Motion to Continue Status Conference Scheduled for November 12, 2025** [D.E. 38]. The Court having reviewed the motion and and otherwise being fully advised in the premises, it is Ordered that:

1. Plaintiff's Agreed Motion to Continue the Status Conference Scheduled for

November 12, 2025 is granted.

     2.     The Status Conference is hereby continued to February 11, 2026 at 10:00am.

     3.     Counsel for Plaintiff shall serve a copy of this Order on the Defendant Roi Neeman, advising him of the change of date for the Status Conference.

###

<u>Submitted by:</u>
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Attorneys for Plaintiff Jessica Piafsky
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

**Copies furnished to:** David W. Berenthal, who shall serve a copy of the Order on all non-registered interested parties and file a certificate of service thereon.