UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In Re: | CASE NO.: 24-14482(PDR) |
|---|---|
| Roi Neeman, | CHAPTER 7 |
| Debtor. | |
| Jessica Piafsky, | ADV. NO.: 24-01396-PDR |
| Plaintiff, | |
| v. | |
| Roi Neeman, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the attached Order [D.E. 39] was furnished on the 6th day of November, 2025 to Defendant Roi Neeman via e-mail at roineeman29@gmail.com, and that Defendant agreed to accept service via e-mail at said e-mail address.

Dated: November 23, 2025

By:   /David W. Berenthal/
David W. Berenthal, Esq
**BERENTHAL & ASSOCIATES**
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com



ORDERED in the Southern District of Florida on November 5, 2025.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: | | CASE NO.: 24-14482(PDR) |
|---|---|---|
| Roi Neeman, | | CHAPTER 7 |
| | Debtor | |
| Jessica Piafsky | | |
| | Plaintiff(s) | Adversary Number: 24-01396-PDR |
| v. | | |
| Roi Neeman | | |
| | Defendant(s) | |

**ORDER GRANTING AGREED MOTION TO CONTINUE**
**STATUS CONFERENCE SCHEDULED FOR NOVEMBER 12, 2025**

THIS MATTER came before the Court on Plaintiff's **Agreed Motion to Continue Status Conference Scheduled for November 12, 2025** [D.E. 38]. The Court having reviewed the motion and and otherwise being fully advised in the premises, it is Ordered that:

1. Plaintiff's Agreed Motion to Continue the Status Conference Scheduled for

November 12, 2025 is granted.

  2. The Status Conference is hereby continued to February 11, 2026 at 10:00am.

  3. Counsel for Plaintiff shall serve a copy of this Order on the Defendant Roi Neeman, advising him of the change of date for the Status Conference.

###

<u>Submitted by:</u>
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Attorneys for Plaintiff Jessica Piafsky
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

**Copies furnished to:** David W. Berenthal, who shall serve a copy of the Order on all non-registered interested parties and file a certificate of service thereon.