UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 24-14482(PDR) |
| Roi Neeman, | CHAPTER 7 |
| Debtor. | |
| Jessica Piafsky, | ADV. NO.: 24-01396-PDR |
| Plaintiff, | |
| v. | |
| Roi Neeman, | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the text only order that appears at Docket Entry No. 40 was furnished on the 23rd day of November, 2025 to Defendant Roi Neeman via e-mail at roineeman29@gmail.com, and that Defendant agreed to accept service via e-mail at said e-mail address.

Dated: November 23, 2025

By: /David W. Berenthal/
David W. Berenthal, Esq
**BERENTHAL & ASSOCIATES**
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com