UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 4-14482-PDR |
| Roi Neeman, | CHAPTER 7 |
| Debtor | |
| Jessica Piafsky | |
| Plaintiff(s) | Adversary Number: 24-01396-PDR |
| v. | |
| Roi Neeman | |
| Defendant(s) | |

**EX PARTE MOTION TO ALLOW REMOTE APPEARANCE AT THE STATUS CONFERENCE SCHEDULED FOR FEBRUARY 11, 2026**

David W. Berenthal, as counsel for plaintiff, Jessica Piafsky, hereby respectfully files this Motion to Allow Remote Appearance at the February 11, 2026 Status Conference, and states as follows:

1. The instant Adversary Proceeding is currently stayed pending the resolution of the underlying dispute between Ms. Piafsky and Mr. Neeman in the District Court for the Southern District of Florida, Case No.: 0:24-CV-60382.

2. Plaintiff filed a motion for summary judgment with the District Court on September 30, 2025, and said motion was fully submitted on October 28, 2025. As of the time of this motion, the motion for summary judgment remains pending before the District Court, and the parties in the District Court have begun preparing for trial.

3. The District Court case is currently scheduled for trial during the Court's two-week trial calendar beginning March 9, 2026, and counsel for all parties are scheduled to appear at a calendar call at 2:00 p.m. on March 3, 2026.

4. When the Court, in the underlying bankruptcy proceeding, stayed the adversary proceeding, the Court also scheduled a status conference for November 2025, to provide the parties an opportunity to update the Court as to the progress in the District Court action. That status conference was adjourned to February 11, 2026 [D.E. 39].

5. Undersigned counsel is located in Passaic County, New Jersey, and operates primarily from his office in New York County, New York. A personal appearance for the status conference is both economically and temporally burdensome that will incur not insignificant costs and time for travel to Fort Lauderdale.

6. Given that the aforementioned conference is a non-evidentiary appearance, the undersigned respectfully requests that the Court allow him to appear remotely at the status conference currently scheduled for February 11, 2026.

7. A copy of the proposed order allowing the remote appearance is being uploaded contemporaneously with this motion.

WHEREFORE, based on the foregoing, David W. Berenthal requests an order granting the Motion to Allow Remote Appearance for the Status Conference currently scheduled for February 11, 2026. I hereby certify that I am admitted to the Bar of the States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

Dated: January 2, 2026

[SIGNATURE BLOCK FOLLOWS]

Respectfully submitted,

**BERENTHAL & ASSOCIATES**

By:   <u>  /David W. Berenthal/  </u>
       David W. Berenthal, Esq.
       Attorneys for Plaintiff
       Florida Bar No. 159220
       E-mail: dwb@berenthalaw.com
       45 East 72nd Street, Suite 5C
       New York, NY 10021
       Telephone: (212) 302-9494