

ORDERED in the Southern District of Florida on January 2, 2026.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In Re: | | CASE NO.: 24-14482(PDR) |
|---|---|---|
| Roi Neeman, | | CHAPTER 7 |
| | Debtor | |
| Jessica Piafsky | | |
| | Plaintiff(s) | Adversary Number: 24-01396-PDR |
| v. | | |
| Roi Neeman | | |
| | Defendant(s) | |

### ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW REMOTE APPEARANCE

THIS MATTER came before the Court on Plaintiff's *Ex Parte* Motion for Leave to Appear Remotely at the Status Conference Scheduled for February 11, 2026 at 10:00am [D.E. 44]. The Court having considered the motion and the record without a hearing, it is Ordered that the Plaintiff's Motion to for Leave to Appear Remotely is **GRANTED**.

###

<u>Submitted by:</u>
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Attorneys for Plaintiff Jessica Piafsky
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

**Copies furnished to:** David W. Berenthal, who shall serve a copy of the Order on all non-registered interested parties and file a certificate of service thereon.