UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>Roi Neeman,<br><br>                              Debtor.<br><br>Jessica Piafsky,<br>                              Plaintiff,<br>       v.<br><br>Roi Neeman,<br><br>                              Defendant. | CASE NO.:  24-14482(PDR)<br><br>CHAPTER 7<br><br><br><br>ADV. No.: 24-10396(PDR) |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the attached order forgoing has been furnished on this 25th day of February, 2026 furnished via electronic filing, e-mail, U.S. Mail and/or facsimile to the following:

Roi Neeman roineeman29@gmail.com (Mr. Neeman has consented to receive notices by e-mail)

                                                    By:     /David W. Berenthal/
                                                            David W. Berenthal, Esq.



ORDERED in the Southern District of Florida on February 24, 2026.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **In re:** | |
| Roi Neeman, | **CASE NO.: 24-14482(PDR)** |
| | **CHAPTER 7** |
| ___Debtor._____/ | |
| Jessica Piafsky, | **ADV. NO.: 24-01396-PDR** |
| Plaintiff, | |
| v. | |
| Roi Neeman, | |
| ___Defendant._____/ | |

### STATUS CONFERENCE ORDER

**THIS MATTER** came before the Court at a Scheduling Conference held on February 11, 2026. At the conference the Court was advised that a motion for summary judgment is currently pending against Defendant Roi Neeman in the United States District Court for the Southern District of Florida, (Piafsky *v.* MB Home

Improvements, Inc. *et al.,* Case no. 0:24-cv-60382) and that said action is currently scheduled for a pre trial conference on March 3, 2026 and to be placed on the trial calendar starting March 9, 2026. Having considered the facts presented at the scheduling conference;

**IT IS ORDERED** that:

1. When an adjudication of the claims against Roi Neeman issues from the district court, Counsel for the Plaintiff shall inform this Court of such adjudication by filing a motion to set a scheduling conference, with a copy of the adjudication attached to the motion.

2. Defendant *pro se*, Roi Neeman may also inform the Court of the adjudication by the same means if he is able to file such motion prior to Plaintiff's motion for a status conference.

###

Submitted by:
David W. Berenthal, Esq.
Berenthal & Associates, P.A.
Counsel for Plaintiff
Florida Bar No. 159220
E-mail: dwb@berenthalaw.com
45 East 72nd Street, Suite 5C
New York, NY 10021
Tel: (212) 302-9494
Fax: (212) 354-5625
Email: dwb@berenthalaw.com

Copies furnished to: David W. Berenthal, Esq.

*David W. Berenthal, Esq. is directed to serve a copy of this order on all interested parties who do not participate in the CM/ECF system and to file a certificate of service with the Court.*